# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 09/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD MEMBER | COBBLESTONE ARTS CENTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. PENSION | | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ATTORNEY (PRIVATE PRACTICE) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | L | T | | | | | |
| 2. ACCOUNT # 1: | | | | | | | | | |
| 3. COVIDIEN PLC (Y) | | | | | | | | | |
| 4. ASML HLDG NV NEW YORK REG (X) | A | Dividend | J | T | | | | | |
| 5. AMC NETWORKS INC (Y) | | | | | | | | | |
| 6. AKAMAI TECHNOLOGIES (X) | | None | J | T | | | | | |
| 7. AMAZON COM INC | | None | J | T | Sold (part) | 9/14/12 | J | A | |
| 8. AMGEN INC. (X) | A | Dividend | J | T | | | | | |
| 9. ANADARKO PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 10. ANHEUSER-BUSCH INBEV SPONS | A | Dividend | J | T | | | | | |
| 11. APACHE CORP | A | Dividend | J | T | | | | | |
| 12. APPLE INC | A | Dividend | J | T | | | | | |
| 13. ATLAS COPCO AB SPONS ADR NEW RPSTG CL B - USD (Y) | | | | | | | | | |
| 14. AUTODESK | | None | J | T | | | | | |
| 15. AXA UAP SPONS ADR (X) | | None | J | T | | | | | |
| 16. BASF AG SPONS ADR (X) | | None | J | T | | | | | |
| 17. BARCLAYS SE (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BED BATH & BEYOND | | None | J | T | Sold (part) | 6/15/12 | J | A | |
| 19. BHP BILLITONLTD SPONS ADR (Y) | | | | | | | | | |
| 20. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 21. BIOGEN IDEC INC. | | None | J | T | | | | | |
| 22. BROADCOMM CORP (X) | A | Dividend | J | T | | | | | |
| 23. CABLEVISION SYSTEMS CORP.CL A (X) | A | Dividend | J | T | | | | | |
| 24. CAMERON INTERNATIONAL CORP | A | Dividend | J | T | | | | | |
| 25. CANON INC. ADR | A | Dividend | J | T | | | | | |
| 26. CELGENE CORP | | None | J | T | | | | | |
| 27. CHARLES SCHWAB CORP (Y) | | | | | | | | | |
| 28. CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 29. CITRIX SYSTEMS INC (X) | | None | J | T | | | | | |
| 30. CME GROUP INC. CLASS A | A | Dividend | J | T | | | | | |
| 31. COCA COLA CO. | A | Dividend | J | T | | | | | |
| 32. COMCAST CORP CL A-SPL | A | Dividend | J | T | | | | | |
| 33. CREE INC. (X) | | None | J | T | | | | | |
| 34. CRH PLC AD-USD K (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CUMMINS INC | | None | | | Sold | 1/13/12 | J | A | |
| 36. CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 37. DANONE SPONS (Y) | | | | | | | | | |
| 38. DEERE & CO (Y) | | | | | | | | | |
| 39. DIAGEO PLC -SPONSORED ADR NEW (X) | A | Dividend | J | T | | | | | |
| 40. DIRECTV CL A (Y) | | | | | | | | | |
| 41. DOLBY LABORATORIES INC CLASS A (X) | A | Dividend | J | T | | | | | |
| 42. EMC CORP-MASS (Y) | | | | | | | | | |
| 43. EOG RESOURCES INC (Y) | | | | | | | | | |
| 44. EATON CORP | A | Dividend | J | T | | | | | |
| 45. EBAY INC. | | None | J | T | | | | | |
| 46. ELSTER GROUP SE ADR | | None | J | T | Sold (part) | 8/29/12 | J | A | |
| 47. FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 48. FOREST LABORATORIES | A | Dividend | J | T | | | | | |
| 49. FREEPORT MCMMORAN COPPER & GOLD CL B (Y) | | | | | | | | | |
| 50. GENERAL ELECTRIC (Y) | | | | | | | | | |
| 51. GOOGLE INC CL A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GRUPO TELEVISA SA DE CV GLOBAL (X) | A | Dividend | J | T | | | | | |
| 53. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 54. HOME DEPOT | A | Dividend | J | T | | | | | |
| 55. HONDA MOTOR CO. (X) | A | Dividend | J | T | | | | | |
| 56. HONG KONG & CHINA GAS LTD. SPONSORED ADR (X) | A | Dividend | J | T | | | | | |
| 57. HUMAN GENOME SCIENCES INC CGMI | | None | | | Sold | 7/16/12 | J | A | |
| 58. HUTCHINSON WHAMPOA LTD-ADR K (X) | A | Dividend | J | T | | | | | |
| 59. ICON PLC SP ADR (Y) | | | | | | | | | |
| 60. IMMUNOGEN INC (Y) | | | | | | | | | |
| 61. ING GROEP NV SPONS ADRK (Y) | | | | | | | | | |
| 62. INTUIT INC (Y) | | | | | | | | | |
| 63. ISIS PHARMACEUTICALS (Y) | | | | | | | | | |
| 64. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 65. JUNIPER NETWORKS INC. | | None | J | T | | | | | |
| 66. KOMATSU LTD SPON ADR | | None | J | T | Buy (add'l) | 12/19/12 | J | | |
| 67. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 68. -LIBERTY MEDIA CORP LIBERTY CAP CLASS A (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LIBERTY MEDIA HOLDG CORP INTERACTIVE SER A (X) | | None | J | T | | | | | |
| 70. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 71. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 72. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR(X) | A | Dividend | J | T | | | | | |
| 73. MONSANTO CO (X) | A | Dividend | J | T | | | | | |
| 74. NASDAQ OMX GROUP INC. (Y) | | | | | | | | | |
| 75. NATIONAL OILWELL VARCO (Y) | | | | | | | | | |
| 76. NESTLE SA SPONSORED ADR REPSTG REG SH | | None | J | T | | | | | |
| 77. NETAPP INC (Y) | | | | | | | | | |
| 78. NEWS CORP CLASS B (X) | A | Dividend | J | T | | | | | |
| 79. NIKE INC CLASS B | A | Dividend | J | T | | | | | |
| 80. NOVARTIS AG ADR K (Y) | | | | | | | | | |
| 81. NOVO NORDISK A S ADR (X) | | None | J | T | | | | | |
| 82. NUCOR CORP (X) | A | Dividend | J | T | | | | | |
| 83. ORACLE CORP (Y) | | | | | | | | | |
| 84. ORIX CORP SPONS ADR (X) | | None | J | T | | | | | |
| 85. PALL CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PEPSICO | A | Dividend | J | T | | | | | |
| 87. PETROBRAS (Y) | | | | | | | | | |
| 88. PROCTOR & GAMBLE CO (Y) | | | | | | | | | |
| 89. QUALCOMM INC (Y) | | | | | | | | | |
| 90. RIO TINTO PLC-GBP K (X) | A | Dividend | J | T | | | | | |
| 91. SANDISK CORP | | None | J | T | | | | | |
| 92. SAP SPONS ADR-USD | A | Dividend | J | T | | | | | |
| 93. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 94. SEAGATE TECHNOLOGY (X) | A | Dividend | J | T | Buy (add'l) | 1/20/12 | J | | |
| 95. SHIRE PLC (Y) | | | | | | | | | |
| 96. SMITH & NEPHEW PLC SP ADR (Y) | | | | | | | | | |
| 97. SUNCOR ENERGY INC NEW (Y) | | | | | | | | | |
| 98. TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 99. TELEFONICA S.A. SPONS ADR (Y) | | | | | | | | | |
| 100. TESCO PLC SPONSORED ADR (X) | A | Dividend | | | Sold | 4/17/12 | J | A | |
| 101. TEVA PHARMACEUTICAL INDS (Y) | | | | | | | | | |
| 102. TEXAS INSTRUMENTS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. THERMO FISHER (X) | A | Dividend | J | T | | | | | |
| 104. TOTAL S.A.SPONS. ADR (Y) | | | | | | | | | |
| 105. TREND MICRO INC SPON AD (Y) | | | | | | | | | |
| 106. TYCO INTERNATIONAL LTD. NEW | A | Dividend | J | T | | | | | |
| 107. UBS AG-CHF (X) | | None | J | T | | | | | |
| 108. UNITED OVERSEAS BANK LTD SPONS ADR (X) | A | Dividend | J | T | | | | | |
| 109. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 110. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | | | | | |
| 111. VERTEX (Y) | | | | | | | | | |
| 112. VESTAS WIND SYS (X) | | None | | | Sold | 4/17/12 | J | A | |
| 113. VISA INC | A | Dividend | J | T | | | | | |
| 114. VODAFONE GROUP PLC SP ADR (Y) | | | | | | | | | |
| 115. WAL-MART DE MEXICO SA DE (Y) | | | | | | | | | |
| 116. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 117. WEATHERFORD INTL LTD | | None | J | T | | | | | |
| 118. VANGUARD TOTAL STOCK MKT ETF | | None | | | Sold | 4/17/12 | J | A | |
| 119. ACCOUNT # 2: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL | | None | J | T | | | | | |
| 121. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 122. ACCOUNT # 3: | | | | | | | | | |
| 123. -SMITH BARNEY BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 124. IRA #1: | | | | | | | | | |
| 125. -TACTICAL DIVERSIFIED FUTURES | | None | K | T | | | | | |
| 126. IRA #2: | | | | | | | | | |
| 127. -GOLDMAN SACHS SMALL VALUE FUND CLASS B | | None | J | T | | | | | |
| 128. IRA #3: | | | | | | | | | |
| 129. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 130. IRA #4: | | | | | | | | | |
| 131. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 132. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 133. -DEVELOPED MARKETS INDEX PORTFOLIO | | None | L | T | Buy | 12/24/12 | J | | |
| 134. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 135. -DEVELOPED MARKETS INDEX PORFOLIO | | None | L | T | Buy | 12/24/12 | J | | |
| 136. DEFERRED COMPENSATION | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -OPPENHEIMER MAIN ST. OPP. A | | | | | | | | | |
| 138. -VT FIDELITY CONTRAFUND | | | | | | | | | |
| 139. -DODGE AND COX INTL STOCK | | | | | | | | | |
| 140. IRA #5 | | | | | | | | | |
| 141. BANK DEPOSIT PROGRAM CITIBANK, N.A. | A | Interest | J | T | | | | | |
| 142. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | | None | J | T | | | | | |
| 143. PIMCO REAL RETURN COMMODITY STRATEGY FUND CL C | A | Dividend | J | T | | | | | |
| 144. COEUR D ALENE MINE CORP (Y) | | | | | | | | | |
| 145. GAMCO GLOBAL GOLD NATURAL RESO | A | Dividend | J | T | | | | | |
| 146. UNITED STATES OIL FD LP EQUITY | | | | | | | | | See PART VIII #1 |
| 147. ISHARES SILVER TRUST EQUITY | | None | J | T | | | | | |
| 148. -COHEN & STEERS INTL REALTY FD | A | Dividend | J | T | | | | | |
| 149. -ABINGDON FUTURES FUND LP CLASS A | | None | K | T | | | | | |
| 150. -TACTICAL DIFERSIFIED FUTURES FUND LP | | None | K | T | | | | | |
| 151. ACCOUNT # 4 | | | | | | | | | |
| 152. CITIBANK N.A. | A | Interest | K | T | | | | | |
| 153. ACCENTURE PLC (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ALLIED WORLD ASSURANCE CO HLDGS | A | Dividend | J | T | | | | | |
| 155. AMC NETWORKS INC (Y) | | | | | | | | | |
| 156. AKAMAI TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 157. AKZO NOBEL | A | Dividend | J | T | | | | | |
| 158. AMAZON | | None | J | T | Sold (part) | 9/14/12 | J | A | |
| 159. AMGEN INC (Y) | | | | | | | | | |
| 160. ANADARKO PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 161. ANHEUSER-BUSCH | A | Dividend | J | T | | | | | |
| 162. APACHE CORP | A | Dividend | J | T | | | | | |
| 163. APPLE INC | A | Dividend | J | T | | | | | |
| 164. APPLIED MATERIALS INC DELWARE | A | Dividend | J | T | Buy (add'l) | 1/20/12 | J | | |
| 165. ARYZTA AG ADR | | None | J | T | | | | | |
| 166. AT&T INC. | A | Dividend | J | T | | | | | |
| 167. AUTODESK INC. | | None | J | T | | | | | |
| 168. AVIVA PLC ADR | A | Dividend | J | T | Buy | 9/12/12 | J | | |
| 169. AXA S.A. SPONS ADR | | None | J | T | | | | | |
| 170. AXIS CAPITAL HOLDINGS LTD | A | Dividend | J | T | Buy | 04/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BASF SE (X) | | None | | | Sold | 3/15/12 | J | A | |
| 172. BCE INC (X) | A | Dividend | | | Sold | 2/3/12 | J | A | |
| 173. BG GROUP | A | Dividend | | | Sold | 4/20/12 | J | A | |
| 174. BAKER HUGHES INC. (Y) | | | | | | | | | |
| 175. BARCLAYS PLC (X) | A | Dividend | J | T | Buy (add'l) | 1/20/12 | J | | |
| 176. BAYER AG SPONSORED ADR | | None | J | T | | | | | |
| 177. BED BATH & BEYOND | | None | J | T | Sold (part) | 9/12/12 | J | A | |
| 178. BG GROUP PLC (Y) | | | | | | | | | |
| 179. BHP BILLITON LTD SPONS | A | Dividend | J | T | | | | | |
| 180. BIOGEN IDEC INC | | None | J | T | Sold (part) | 9/12/12 | J | A | |
| 181. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 182. BOEING CO. | A | Dividend | J | T | | | | | |
| 183. BRIDGESTONE CORP (Y) | | | | | | | | | |
| 184. BRITISH AMERICAN TOBACCO PLC ADR | | None | | | Sold | 3/26/12 | J | A | |
| 185. BROADCOM CORP CL A | A | Dividend | J | T | | | | | |
| 186. C&C GRP PLC SPONS ADR | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 187. CME GROUP INC CLASS A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CNOOC LTD SPONS ADR (Y) | | | | | | | | | |
| 189. CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 190. CABLEVISION SYSTEMS CORP | A | Dividend | J | T | | | | | |
| 191. CANADIAN NATURAL RES | A | Dividend | J | T | | | | | |
| 192. CAMERON INTERNATIONAL CORP | | None | J | T | | | | | |
| 193. CARNIVAL PLC ADR (Y) | | | | | | | | | |
| 194. CARNIVAL CORP | A | Dividend | J | T | | | | | |
| 195. CELESIO AG UNSPONS ADR | | None | J | T | Buy | 02/03/12 | J | | |
| 196. CELGENE CORP | | None | J | T | | | | | |
| 197. CHEVRON CORP | A | Dividend | J | T | Buy | 3/6/12 | J | | |
| 198. CHARLES SCHWAB CORP (X) | A | Dividend | J | T | | | | | |
| 199. CHINA MOBILE LTD (Y) | | | | | | | | | |
| 200. CHUBB CORP. | A | Dividend | J | T | Sold (part) | 3/27/12 | J | A | |
| 201. CISCO SYS INC | A | Dividend | J | T | Sold (part) | 4/10/12 | J | A | |
| 202. CITRIX SYSTEMS INC (X) | | None | J | T | | | | | |
| 203. COCA-COLA CO. | A | Dividend | J | T | | | | | |
| 204. COMCAST CORP CL A STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 27

Name of Person Reporting

SIRAGUSA, CHARLES J.

Date of Report

09/23/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CONOCOPHILLIPS | A | Dividend | | | Sold | 4/13/12 | J | B | |
| 206. COVIDIEN LTD (X) | A | Dividend | J | T | | | | | |
| 207. CREE INC. (X) | | None | J | T | | | | | |
| 208. CUMMINS INC | | None | | | Sold | 1/13/12 | J | A | |
| 209. DBS GROUP HLDG LTD | A | Dividend | J | T | Buy (add'l) | 1/20/12 | J | | |
| 210. DAIMLER AG (X) | A | Dividend | J | T | Buy (add'l) | 1/20/12 | J | | |
| 211. DEERE & CO. | A | Dividend | J | T | | | | | |
| 212. DEVON ENERGY CORP NEW | A | Dividend | J | T | | | | | |
| 213. WALT DISNEY CO. | A | Dividend | J | T | | | | | |
| 214. DIRECTV CL A | | None | J | T | | | | | |
| 215. DOLBY LABORATORIES INC CLASS A (X) | A | Dividend | J | T | | | | | |
| 216. DOVER CORP. | A | Dividend | J | T | | | | | |
| 217. DU PONT EL DE NEMOURS & CO | | None | J | T | Buy | 12/27/12 | J | | |
| 218. EMC CORP-MASS | | None | J | T | | | | | |
| 219. EOG RESOURCES INC | A | Dividend | J | T | | | | | |
| 220. EATON CORP | A | Dividend | J | T | Sold (part) | 12/3/12 | J | A | |
| 221. EBAY INC. | | None | J | T | Sold (part) | 9/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. EMCOR GROUP INC (X) | A | Dividend | J | T | | | | | |
| 223. EMERSON ELECTRIC CO | A | Dividend | J | T | | | | | |
| 224. ENSCO PLC CLASS A | | None | J | T | Buy | 1/19/12 | J | | |
| 225. ERICSSON LM TEL CO CL B ADR NEW | A | Dividend | J | T | Buy (add'l) | 5/21/12 | J | | |
| 226. EXPRESS SCRIPTS HLDG CO COM | | None | J | T | Buy | 1/4/12 | J | | |
| 227. EXXON MOBIL CORP | A | Dividend | J | T | Buy | 7/11/12 | J | | |
| 228. FANUC CORP | A | Dividend | | | Sold | 4/20/12 | J | A | |
| 229. FIRST REPUBLIC BANK (Y) | | | | | | | | | |
| 230. FLETCHER BLGD LTD ) | A | Dividend | J | T | | | | | |
| 231. FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 232. FOREST LABORATORIES INC. | | None | J | T | Buy (add'l) | 1/20/12 | J | | |
| 233. FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 234. FREEPORT & MCMORAN COPPER & GOLD CL B | A | Dividend | J | T | | | | | |
| 235. GAP INC. DELAWARE | A | Dividend | J | T | | | | | |
| 236. GAZPROM OAO (X) | | None | | | Sold | 10/10/12 | J | A | |
| 237. GENERAL ELECTRIC CO | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 238. GLAXOSMITHKLINE PLC SP ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. GOLD FIELDS LTD | | None | | | Sold | 10/10/12 | J | A | |
| 240. GOLDMAN SACHS GRP INC | A | Dividend | J | T | | | | | |
| 241. GOOGLE INC CLASS A | | None | J | T | | | | | |
| 242. GREENHILL & CO INC | A | Dividend | J | T | | | | | |
| 243. H LUNDBECK A/S-ADR (Y) | | | | | | | | | |
| 244. HSBC HOLDINGPLC SP ADR NEW | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 245. HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | Buy (add'l) | 1/20/12 | J | | |
| 246. HEIDELBERG CEMENT ADR | | None | J | T | Buy | 1/19/12 | J | | |
| 247. HESS CORP | A | Dividend | J | T | | | | | |
| 248. HOME DEPOT INC. | A | Dividend | J | T | Sold (part) | 12/4/12 | J | A | |
| 249. HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 250. HOYA CORP | | None | J | T | Buy | 2/9/12 | J | | |
| 251. HUMAN GENOME SCIENCES | | None | | | Sold | 7/16/12 | J | A | |
| 252. IMMUNOGEN INC (Y) | | | | | | | | | |
| 253. IMPERIAL TOBACCO GROUP | | None | J | T | | | | | |
| 254. INDRA SISTEMAS | | None | J | T | Buy | 1/20/12 | J | | |
| 255. INTUIT INC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ISIS PHARMACEUTICALS (Y) | | | | | | | | | |
| 257. ITAU UNIBANCO BANCO HLGD (Y) | | | | | | | | | |
| 258. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 259. JACOBS ENGINEERING GROUP (Y) | | | | | | | | | |
| 260. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 261. JONES LANG LASALLE INC. | A | Dividend | J | T | | | | | |
| 262. JUNIPER NETWORKS | | None | J | T | | | | | |
| 263. KLA-TENCOR CORP | A | Dividend | J | T | Buy | 11/2/12 | J | | |
| 264. KEYCORP - NEW (Y) | | | | | | | | | |
| 265. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 266. LIBERTY INTERACTIVE CP INTER A | | None | J | T | | | | | |
| 267. LIBERTY MEDIA HLDG CORP CAP SER A | | None | J | T | Sold (part) | 9/21/12 | J | B | |
| 268. MARINE HARVEST ASA ADR | | None | J | T | | | | | |
| 269. MARKS & SPENCER GROUP PLC SPONSORED ADR | | None | | | Buy | 2/23/12 | J | | |
| 270. MARKS & SPENCER GROUP PLC SPONSORED ADR | | None | | | Sold | 12/17/12 | J | A | |
| 271. MATTEL INC | A | Dividend | J | T | | | | | |
| 272. MERCK & CO INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MICROSOFT | A | Dividend | J | T | Sold (part) | 4/10/12 | J | A | |
| 274. MONSANTO CO | A | Dividend | J | T | | | | | |
| 275. MORGAN STANLEY | A | Dividend | | | Buy (add'l) | 1/20/12 | J | | |
| 276. MORGAN STANLEY | | None | | | Sold | 11/23/12 | J | A | |
| 277. MUENCHENER RUECK-UNSPONS ADR | | None | J | T | | | | | See PART VIII #2 |
| 278. MURATA MFG (X) | A | Dividend | J | T | | | | | |
| 279. NTT DOCOMO INC. | A | Dividend | | | Sold | 6/18/12 | J | A | |
| 280. NASDAQ OMX GROUP INC. (Y) | | | | | | | | | |
| 281. NATIONAL GRID PLC | | None | | | Sold | 11/13/12 | J | A | |
| 282. NATIONAL OILWELL VARCO INC | A | Dividend | J | T | | | | | |
| 283. NESTLE A SPONSORED ADR | | None | | | Sold | 3/9/12 | J | A | |
| 284. NETAPP INC | | None | J | T | | | | | |
| 285. NIKE INC CL B | A | Dividend | J | T | | | | | |
| 286. NINTENDO CO LTD (Y) | | | | | | | | | |
| 287. NOBLE ENERGY INC | A | Dividend | | | Sold | 3/9/12 | J | A | |
| 288. NORTHROP GRUMMAN CORP | | None | | | Sold | 2/3/12 | J | A | |
| 289. NOVARTIS AG ADER | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. NSK LTD (Y) | | | | | | | | | |
| 291. NUCOR CORP (X) | A | Dividend | J | T | | | | | |
| 292. OCCIDENTAL PETROLEUM CORP DE | | None | J | T | Buy | 12/14/12 | J | | |
| 293. ORACLE CORP (Y) | | | | | | | | | |
| 294. OSHKOSH TRUCK CORP (Y) | | | | | | | | | |
| 295. PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 296. PEABODY ENERGY CORP | A | Dividend | J | T | Buy | 5/1/12 | J | | |
| 297. PEBBLEBROOK HOTEL TRUST | A | Dividend | J | T | | | | | |
| 298. PEPSCICO INC | A | Dividend | J | T | | | | | |
| 299. PLANTRONICS INC (Y) | | | | | | | | | |
| 300. PROCTER & GAMBLE CO (Y) | | | | | | | | | |
| 301. PUBLICIS GROUP | | None | J | T | | | | | |
| 302. QUALCOMM INC | A | Dividend | J | T | | | | | |
| 303. RECKITT BENCKISER GP ADR | | None | | | Sold | 3/12/12 | J | A | |
| 304. REGIONS FINANCIAL CORP | A | Dividend | J | T | Buy | 3/30/12 | J | | |
| 305. REXAM PLC | | None | J | T | | | | | |
| 306. ROYAL DUTCH SHELL | | None | | | Sold | 11/6/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. SAFEWAY INC NEW | A | Dividend | J | T | | | | | |
| 308. SAFRAN SA | | None | J | T | Buy | 3/16/12 | J | | |
| 309. SANDISK CORP | | None | J | T | | | | | |
| 310. SANOFI SPONS ADR | | None | | | Sold | 3/12/12 | J | A | |
| 311. SCHLUMBERGER LTD | | None | J | T | | | | | |
| 312. SCHNEIDER ELECT SA | | None | J | T | | | | | |
| 313. SEAGATE TECHNOLOGY | A | Dividend | J | T | Sold (part) | 02/03/12 | J | B | |
| 314. SHIN ETSU CHEM CO (Y) | | | | | | | | | |
| 315. SIEMENS A G | | None | | | Sold | 10/15/12 | J | A | |
| 316. SOTHEBYS DELAWARE (Y) | | | | | | | | | |
| 317. SOUTHWESTERN ENERGY & CO | | None | | | Sold | 12/18/12 | J | A | |
| 318. SYMANTEC CORP | | None | J | T | | | | | |
| 319. TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 320. TEVA PHARMACEUTICAL INDS LTD (X) | A | Dividend | J | T | Buy | 7/12/12 | J | | |
| 321. TEXAS INSTRUMENTS INC. | A | Dividend | J | T | | | | | |
| 322. THE ADT CORPORATION COM (X) | A | Dividend | J | T | | | | | |
| 323. THERMO FISHER SCIENTIFIC (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. TYCO INTL LTD | A | Dividend | J | T | | | | | |
| 325. UBS AG (X) | | None | J | T | | | | | |
| 326. US BANCORP | A | Dividend | J | T | | | | | |
| 327. UNILEVER PLOC SPONS ADR NEW | | None | J | T | | | | | |
| 328. UNILEVER NV NY SHS-NEW (X) | A | Dividend | J | T | | | | | |
| 329. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 330. UNITED STATES STEEL CORP (X) | A | Dividend | | | Buy (add'l) | 1/20/12 | J | | |
| 331. UNITED STATES STEEL CORP (X) | | None | | | Sold | 8/27/12 | J | A | |
| 332. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | | | | | |
| 333. VEECO INSTRUMENTS INC DEL | | None | J | T | Buy | 10/17/12 | J | | |
| 334. VERTEX PHARMACEUTICALS (X) | | None | J | T | | | | | |
| 335. VISA INC COM | A | Dividend | J | T | | | | | |
| 336. VODAFONE COMMON STOCK | | None | J | T | | | | | |
| 337. WPP PLC ADR | A | Dividend | J | T | | | | | |
| 338. WEATHERFORD INTL LTD NEW | | None | J | T | | | | | |
| 339. WESFARMERS LTD | | None | | | Sold | 12/12/12 | J | A | |
| 340. WESTFIELD GROUP ADR | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/31/12 | J | A | |
| 342. WHEELOCK & CO | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 343. VANGUARD TOTAL STOCK MKT | | None | | | Sold | 12/12/12 | K | B | |
| 344. NEW YORK CITY TRANSITIONAL | A | Interest | K | T | | | | | |
| 345. DORMITORY AUTHORITY OF THE STATE OF NEW YORK | A | Interest | K | T | Buy (add'l) | 2/2/12 | K | | |
| 346. NEW YORK STATE THRUWAY (X) | A | Interest | | | Sold | 7/10/12 | K | A | |
| 347. NEW YORK ST ENVIRONMENTAL FACS CORP | A | Interest | K | T | | | | | |
| 348. BEDFORD CENTRAL SCHOOL | A | Interest | | | Sold | 2/2/12 | K | A | |
| 349. NEW YORK STATE DORM AUTH REVS INSD-NYU | A | Interest | | | Sold | 1/25/12 | K | A | |
| 350. TRIBOROUGH BRDG | A | Interest | K | T | | | | | |
| 351. ERIE CNTY N Y WTR AUTH | A | Interest | K | T | | | | | |
| 352. NEW YORK ST URBAN DEV CORP | A | Interest | K | T | | | | | |
| 353. ONONDAGA CNTY N Y TR CULTURAL RES REV | A | Interest | K | T | | | | | |
| 354. NEW YORK NY CITY GENL OBLIG | A | Interest | K | T | | | | | |
| 355. METROPOLITAN TRANSPORTATION AUTH | | None | K | T | Buy | 7/13/12 | K | | |
| 356. NEW YORK ST DORM AUTH 3RD GENL | | None | K | T | | | | | |
| 357. EMPIRE ST NEW YORK DEV CORP | A | Interest | J | T | Buy | 9/7/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. ACCOUNT # 5 | | | | | | | | | |
| 359. -SMITH BARNEY MONEY MARKET | A | Dividend | K | T | | | | | |
| 360. -MIAMI-DADE CNTY FLA SCH DIST RFDG FSA | | None | K | T | | | | | |
| 361. -ALLEGHENY CNTY PA HOSP DEV AUTH REV UNIV PITTSBURGH MED | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) I INADVERTENTLY FAILED TO REPORT ON MY 2011 FINANCIAL DISCLOSURE THAT THIS HOLDING WAS SOLD WITH NO GAIN ON DECEMBER 20, 2011; SEE LINE 146.

2) THE NAME OF THE STOCK CHANGED FROM MUNICH RE GROUP TO MUENCHENER RUECK-UNSPONS ADR; SEE LINE 277.

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 09/23/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. SIRAGUSA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544